IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JUSTINA MARINA HOLLAND,

    Petitioner,

v.                                       Case No. 5:25-cv-9-AW-MAL

WARDEN GABBY,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Federal inmate Justina Marina Holland petitioned for § 2241 relief. Her claim is that the Bureau of Prisons has not provided all credits to which she is entitled. The government filed a response asserting lack of exhaustion and arguing—exhaustion aside—Holland is not entitled to relief. The magistrate judge issued a thorough report and recommendation concluding Holland has not shown entitlement to any relief. ECF No. 14. I have carefully considered that report and recommendation, and I have carefully considered de novo the issues Holland raised in her objections (ECF No. 15).

I agree with the magistrate judge: Holland has not shown entitlement to relief. I do not address the exhaustion issue. *See Santiago-Lugo v. Warden*, 785 F.3d 467, 475 (11th Cir. 2015) (noting that exhaustion is not jurisdictional and that courts can deny relief on the merits without considering exhaustion). I now adopt the report and recommendation and incorporate it into this order.

1

The clerk will enter a judgment that says, "The § 2241 petition is denied." The clerk will then close the file.

SO ORDERED on May 1, 2025.

*s/ Allen Winsor*
United States District Judge